IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL GONZALEZ and <br> NELSON SADA, JR., <br>            Plaintiffs, <br><br> vs. <br><br> CITY OF CHICAGO, <br> a municipal corportation, <br> OFFICERS JOHN DOE, Star numbers unknown, <br> Chicago Police Officers, <br> in their individual capacity, <br><br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      FILED: JUNE 16, 2008 <br>         08CV3457 <br>         JUDGE HOLDERMAN <br>         MAGISTRATE JUDGE KEYS <br>         NF |

## COMPLAINT

Jurisdiction/Venue

1. This incident occurred on June 12, 2008, in the City of Chicago, County of Cook, Illinois.

2. The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983, § 1988, the judicial code 28 U.S.C. § 1331 and § 1343 (a); the Constitution of the United States, and pendent jurisdiction, as provided under U.S.C. § 1367 (a).

Parties

3. At all relevant times pertaining to this occurrence, Plaintiff was a resident of Chicago, Cook County, Illinois.

4. At the time of the occurrence, Defendant City of Chicago was a municipal corporation, and the principal employer of Officers John Doe, who were acting under color of law and in the course and scope of their employment with the City of Chicago as police officers.

Facts

5. On or about June 12, 2008, the Plaintiffs were in the vicinity of 3524 N. Clark Street, Chicago, Illinois.

6. Then and there, Defendant Officer John Doe willfully caused bodily harm to the Plaintiffs, without any legal justification.

7. During this altercation, Defendant Officers John Doe failed to intervene as Defendant Officer John Doe willfully caused bodily harm to the Plaintiffs without legal justification.

8. Defendant Officer John Doe did not have a reasonable basis for using any force, much less the amount of force used against the Plaintiffs.

9. As the proximate result of all the aforementioned actions by Defendant Officers John Doe, the Plaintiffs suffered bodily injury, pain and suffering and medical expenses.

## COUNT I - 42 U.S.C. § 1983 Excessive Force
(Plaintiffs v Defendant Officer John Doe)

10. Plaintiffs re-allege all prior allegations.

11. The actions of Defendant Officer John Doe in physically abusing and otherwise using unreasonable and unjustifiable force against the Plaintiffs, violated Plaintiffs' rights under the Fourth Amendment to the United States Constitution, incorporated to the states and municipalities through the Fourteenth Amendment, to be secure in his person, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. § 1983.

12. As the proximate result of all of the aforementioned actions by Defendant Officer John Doe, the Plaintiffs suffered loss of freedom, bodily injury, pain and suffering, psychological damage and medical expenses.

WHEREFORE, pursuant to 42 U.S.C. § 1983 and § 1988, Plaintiffs demand compensatory damages against Defendant Officer John Doe #1 and because he acted maliciously, wantonly or oppressively, substantial punitive damages, plus the costs of this action, plus attorneys' fees and other and additional relief as this Court deems equitable and just.

## COUNT II - 42 U.S.C. §1983 Failure to Intervene
(Plaintiffs v. Defendant Officers John Doe)

13. The Plaintiffs re-allege what has been previously alleged in this complaint.

14. The actions or inaction of Officers John Doe #2-5 in failing to intervene and protect Plaintiffs from excessive, unreasonable and unjustifiable force despite the

duty and opportunity to do so violated Plaintiffs' rights under the Fourth and Fourteenth Amendments to the United States Constitution and thus violated 42 U.S.C. § 1983 and were the direct and proximate cause of Plaintiffs' injuries described more fully above.

WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiffs demand compensatory damages against Defendant Officers John Doe because they acted maliciously, wantonly, or oppressively, substantial punitive damages, plus costs of this action, plus attorney's fees and such other additional relief as this Court deems equitable and just.

### COUNT III - 42 U.S.C. § 1983 False Arrest
(Plaintiffs v. Defendant Officers John Doe)

15. Plaintiffs re-allege what has been previously alleged in this Complaint.

16. The actions of Defendant Officers in falsely seizing, searching and ultimately arresting the Plaintiffs without probable cause violated their rights under the Fourth Amendment to the United States Constitution to be secure in his persons, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. § 1983.

17. As the proximate result of all the aforementioned actions by Defendant Officers John Doe, Plaintiffs suffered loss of freedom, bodily injury, pain and suffering, psychological damage and medical expenses.

WHEREFORE, pursuant to 42 U.S.C. § 1983 and § 1988, Plaintiffs demand compensatory damages against Defendant Officers John Doe and because each acted maliciously, wantonly or oppressively, substantial punitive damages, plus the costs of this action, plus attorneys' fees and other and additional relief as this Court deems equitable and just.

### COUNT IV - Indemnification
(Plaintiff v. City of Chicago)

18. Plaintiffs re-allege what has been previously alleged in this Complaint.

19. Defendant City of Chicago is the indemnifying entity for the actions described above, of Defendant Officers John Doe, who took their actions while acting under the color of law and in the course and scope of his employment with the City of Chicago.

WHEREFORE, should Defendant Officers John Doe be found liable on one or more of the claims set forth above, Plaintiffs demand that Defendant City of Chicago be found liable for any judgment (other than punitive damages) he obtains thereon.

PLAINTIFF DEMANDS TRIAL BY JURY.

          Respectfully submitted,


          By:    /s/ Brian J. Barrido
          Brian J. Barrido
          One of the Attorneys for Plaintiffs

Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 West 26th Street
Chicago, Illinois 60623
(773) 521-1300 - phone
(773) 521-4400 - fax
brian.barrido@civilrightsdefenders.com

ARDC No. 6274524