IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL GONZALEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO.  08 C 3457 |
| ) | |
| CITY OF CHICAGO, ) | JUDGE HOLDERMAN |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND THE TIME IN WHICH
DEFENDANT MAY ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago, by its attorney, MARA S. GEORGES, Corporation Counsel for the City of Chicago ("City"), respectfully requests this Honorable Court extend the time in which defendant City of Chicago may answer or otherwise plead to plaintiffs' complaint to August 29, 2008.   In support of this motion, defendants state:

1. Plaintiffs filed their complaint on June 16, 2008 for an incident which purportedly took place on June 12, 2008.

2. The City Clerk was served with the complaint on July 17, 2008.

3. The undersigned received the complaint on July 3, 2008.

4. The undersigned filed her appearance for City of Chicago on July 10, 2008.

5. The City of Chicago is named for indemnification purposes. *See* count IV.

6. Plaintiffs have not identified any individual police officer.

7. The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigation the allegations and compiling the

pertinent records.

8. This request is not made to delay the proceedings but to allow the City to respond properly to plaintiff's allegations.

**WHEREFORE,** the City of Chicago respectfully requests that it be given until August 29, 2008, to answer or otherwise plead to plaintiff's' complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY:   /S/ GERI LYNN YANOW
GERI LYNN YANOW
Assistant Corporation Counsel

30 N. LaSalle Street
Suites 1400
Chicago, Illinois 60602
(312) 744-2837
(312) 744-6566 (FAX)
Attorney No.: 06198618

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD PLAINTIFFS' COMPLAINT** to be electronically delivered to the person named in the foregoing Notice at the address therein shown, on this 10th day of July, 2008.

/S/ GERI LYNN YANOW
GERI LYNN YANOW