IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL GONZALEZ, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )   NO. 08 C 3457<br>) |
| CITY OF CHICAGO, | )   JUDGE HOLDERMAN |
| et al., | )<br>) |
| Defendants. | ) |

### NOTICE OF MOTION

**TO:** Brian J. Barrido
Dvorak, Toppel & Barrido, LLC
3859 W. 26th Street
Chicago, IL 60623

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MOTION TO EXTEND.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Holderman, or before such other Judge sitting in his place or stead, on the 15th day of July, 2008 in room 2541 at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 10th day of July, 2008.

Respectfully submitted,

/S/ GERI LYNN YANOW
GERI LYNN YANOW
Assistant Corporation Counsel

30 N LaSalle Street / Suite 1400
Chicago, Illinois 60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618