**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Daniel Gonzalez, et al.
                          Plaintiff,

v.                                            Case No.: 1:08−cv−03457
                                                  Honorable James F. Holderman

City Of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant City of Chicago's motion to extend the time in which defendant may answer or otherwise plead [11] is granted; the City is given until 8/29/2008 to answer or otherwise plead to the complaint. Counsel for the defendant City of Chicago should diligently attempt to identify the individual officers and plaintiff's counsel should continue to provide the necessary information. Status hearing set for 9/9/2008 at 9:00 AM. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.